AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | E-filing | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California    CV 08 1661 |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ZOMBA RECORDING LLC; MAVERICK RECORDING COMPANY; and WARNER BROS. RECORDS INC. | DEFENDANT<br>JOHN DOE    JF HRL |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

ORIGINAL

# EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.144.121 2007-12-07 05:14:13 EST

**CASE ID#** 150831150

**P2P Network:** GnutellaUS

**Total Audio Files:** 215

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | The Cure | Love Song | Disintegration | 104-305 |
| UMG Recordings, Inc. | Shania Twain | Forever and for Always | Up! | 326-255 |
| UMG Recordings, Inc. | Yeah Yeah Yeahs | Date with the Night | Fever to Tell | 332-650 |
| SONY BMG MUSIC ENTERTAINMENT | The Clash | Should I Stay Or Should I Go | Combat Rock | 34-959 |
| Zomba Recording LLC | 311 | Amber | From Chaos | 301-893 |
| Elektra Entertainment Group Inc. | The Cure | Just Like Heaven | Kiss Me, Kiss Me, Kiss Me | 82-714 |
| Maverick Recording Company | Deftones | Be Quiet And Drive | Around The Fur | 244-493 |
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ZOMBA RECORDING LLC; MAVERICK RECORDING COMPANY; and WARNER BROS. RECORDS INC. | DEFENDANT<br><br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | *See* Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.144.121 2007-12-07 05:14:13 EST

**CASE ID#** 150831150

**P2P Network:** GnutellaUS

**Total Audio Files:** 215

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | The Cure | Love Song | Disintegration | 104-305 |
| UMG Recordings, Inc. | Shania Twain | Forever and for Always | Up! | 326-255 |
| UMG Recordings, Inc. | Yeah Yeah Yeahs | Date with the Night | Fever to Tell | 332-650 |
| SONY BMG MUSIC ENTERTAINMENT | The Clash | Should I Stay Or Should I Go | Combat Rock | 34-959 |
| Zomba Recording LLC | 311 | Amber | From Chaos | 301-893 |
| Elektra Entertainment Group Inc. | The Cure | Just Like Heaven | Kiss Me, Kiss Me, Kiss Me | 82-714 |
| Maverick Recording Company | Deftones | Be Quiet And Drive | Around The Fur | 244-493 |
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO.          DATE FILED | |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ZOMBA RECORDING LLC; MAVERICK RECORDING COMPANY; and WARNER BROS. RECORDS INC. | | DEFENDANT<br>JOHN DOE |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.144.121 2007-12-07 05:14:13 EST

**CASE ID#** 150831150

**P2P Network:** GnutellaUS

**Total Audio Files:** 215

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | The Cure | Love Song | Disintegration | 104-305 |
| UMG Recordings, Inc. | Shania Twain | Forever and for Always | Up! | 326-255 |
| UMG Recordings, Inc. | Yeah Yeah Yeahs | Date with the Night | Fever to Tell | 332-650 |
| SONY BMG MUSIC ENTERTAINMENT | The Clash | Should I Stay Or Should I Go | Combat Rock | 34-959 |
| Zomba Recording LLC | 311 | Amber | From Chaos | 301-893 |
| Elektra Entertainment Group Inc. | The Cure | Just Like Heaven | Kiss Me, Kiss Me, Kiss Me | 82-714 |
| Maverick Recording Company | Deftones | Be Quiet And Drive | Around The Fur | 244-493 |
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ZOMBA RECORDING LLC; MAVERICK RECORDING COMPANY; and WARNER BROS. RECORDS INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.144.121 2007-12-07 05:14:13 EST

**CASE ID#** 150831150

**P2P Network:** GnutellaUS

**Total Audio Files:** 215

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | The Cure | Love Song | Disintegration | 104-305 |
| UMG Recordings, Inc. | Shania Twain | Forever and for Always | Up! | 326-255 |
| UMG Recordings, Inc. | Yeah Yeah Yeahs | Date with the Night | Fever to Tell | 332-650 |
| SONY BMG MUSIC ENTERTAINMENT | The Clash | Should I Stay Or Should I Go | Combat Rock | 34-959 |
| Zomba Recording LLC | 311 | Amber | From Chaos | 301-893 |
| Elektra Entertainment Group Inc. | The Cure | Just Like Heaven | Kiss Me, Kiss Me, Kiss Me | 82-714 |
| Maverick Recording Company | Deftones | Be Quiet And Drive | Around The Fur | 244-493 |
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ZOMBA RECORDING LLC; MAVERICK RECORDING COMPANY; and WARNER BROS. RECORDS INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

# EXHIBIT A

# JOHN DOE

**IP Address:** 207.62.144.121 2007-12-07 05:14:13 EST         **CASE ID#** 150831150

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 215

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | The Cure | Love Song | Disintegration | 104-305 |
| UMG Recordings, Inc. | Shania Twain | Forever and for Always | Up! | 326-255 |
| UMG Recordings, Inc. | Yeah Yeah Yeahs | Date with the Night | Fever to Tell | 332-650 |
| SONY BMG MUSIC ENTERTAINMENT | The Clash | Should I Stay Or Should I Go | Combat Rock | 34-959 |
| Zomba Recording LLC | 311 | Amber | From Chaos | 301-893 |
| Elektra Entertainment Group Inc. | The Cure | Just Like Heaven | Kiss Me, Kiss Me, Kiss Me | 82-714 |
| Maverick Recording Company | Deftones | Be Quiet And Drive | Around The Fur | 244-493 |
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |