Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          dawniell.zavala@hro.com

Attorneys for Plaintiffs,
ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ZOMBA RECORDING LLC; MAVERICK RECORDING COMPANY; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ZOMBA RECORDING LLC, a Delaware limited liability company; MAVERICK RECORDING COMPANY, a California joint venture; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>   v.<br><br>JOHN DOE,<br>          Defendant. | CASE NO. 5:08-cv-01661-JF<br><br>Honorable Jeremy Fogel<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  Pursuant to FED. R. CIV. P. 41 (a)(1)(A)(i), Plaintiffs Elektra Entertainment Group, et al., by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant John Doe, also identified as ID # 150831150 with IP address 207.62.144.121 2007-12-07 05:14:13 EST, each party to bear its/her own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: June 16, 2008

HOLME ROBERTS & OWEN LLP

By: _____ */s/ Dawniell Alise Zavala* ___
DAWNIELL ALISE ZAVALA
Attorney for Plaintiffs
ELEKTRA ENTERTAINMENT GROUP INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ZOMBA RECORDING LLC; MAVERICK RECORDING COMPANY; and WARNER BROS. RECORDS INC.

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 5:08-cv-01661-JF
#38255 v1